**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
VICTORIANO GARCIA SALAS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-CR 00478 FCD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | DATE:  January 22, 2007 |
| | TIME:  10:00 a.m. |
| Defendant. | |
| VICTORIANO GARCIA SALAS | Hon. Frank C. Damrell, Jr. |

Defendant, by and through his undersigned counsel, Johnny L. Griffin, III and the United States of America, through Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that the Court continue the status conference in the above captioned case from January 22, 2007 to February 26, 2007 at 10:00 a.m.[1] This continuance is requested because defense counsel needs additional time to review discovery, obtain necessary records, and

---

[1] The parties have been advised by this Court's Clerk that February 26, 2007 at 10:00 a.m. is an available date and time for a status conference and hearing on this matter

conduct investigation.  In addition, upon completion of the defense investigation, the parties intend to engage in settlement negotiations.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from January 22, 2007 through February 26, 2007, for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: January 19, 2007           Respectfully submitted,

    /s/ Jason Hitt[2]
    JASON HITT
    Assistant U.S. Attorney

Dated: January 19, 2007        /s/ Johnny L. Griffin, III
    JOHNNY L. GRIFFIN, III
    Attorney for Defendant
    Victoriano Garcia Salas

**IT IS SO ORDERED.**

**DATED: January 19, 2007**

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.