**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
VICTORIANO GARCIA SALAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>            Defendant.<br><br>VICTORIANO GARCIA SALAS | Case No.: 2:06-CR 00478 FCD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  May 14, 2007<br>TIME:  10:00 a.m.<br><br>Hon. Frank C. Damrell, Jr. |

      Defendant by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that the Court continue the status conference in the above captioned case from May 14, 2007 to June 25, 2007. [1] This continuance is requested because counsel for Defendant is unavailable because he is in trial on a criminal in-custody homicide jury trial in the case of *People v. Wisdom Ofoe*, Sacramento County Superior Case Number 05F09015.  This case is a Special

---

[1] The parties have been advised by this Court's Clerk that June 25, 2007 at 10:00 a.m. is an available date and time for a status conference on this matter.

Circumstance homicide case in which the defendant has entered a plea of not guilty by reason of insanity.[2] The trial is expected to last approximately five weeks.

For this reason, the parties stipulate and request that the case be continued to June 25, 2007 at 10:00 a.m. and that the Court exclude time within which the trial must commence under the Speedy Trial Act from May 14, 2007 through June 25, 2007, because of unavailability of counsel and to allow for defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: May 9, 2007            Respectfully submitted,

      /s/ Jason Hitt[3]
      JASON HITT
      Assistant U.S. Attorney

Dated:  May 9, 2007           /s/ Johnny L. Griffin, III
      JOHNNY L. GRIFFIN, III
      Attorney for Defendant
      VICTORIANO GARCIA SALAS

**IT IS SO ORDERED.**

DATED: May 10, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] The Sacramento County District Attorney's Office is not seeking the death Penalty.
[3] Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.