**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
VICTORIANO GARCIA SALAS

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-CR 00478 FCD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | DATE:  June 25, 2007 |
| | TIME:  10:00 a.m. |
| Defendant. | COURT:  Hon. Frank C. Damrell, Jr. |
| VICTORIANO GARCIA SALAS | |

Defendant by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that the Court continue the status conference in the above captioned case from June 25, 2007 to July 30, 2007. [1] This continuance is requested because counsel for Defendant is unavailable since he is in a criminal jury trial in the case of *People v. Ruben Martinez* Santa Clara County Superior Case Number CC630512.  The trial is expected to last approximately two weeks.

For this reason, the parties stipulate and request that the case be continued to July and that the Court exclude time within which the trial must commence under the Speedy

---

[1] The parties have been advised by this Court's Clerk that July 30, 2007 at 10:00 a.m. is an available date and time for a status conference on this matter.

Trial Act from June 25, 2007 through July 30, 2007, because of unavailability of counsel and to allow for defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: June 26, 2007                                  Respectfully submitted,


                  /s/ Jason Hitt[2]
                  JASON HITT
                  Assistant U.S. Attorney


Dated:  June 26, 2007                           /s/ Johnny L. Griffin, III
                  JOHNNY L. GRIFFIN, III
                  Attorney for Defendant
                  VICTORIANO GARCIA SALAS

**ORDER**

       Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

       Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

       IT IS SO ORDERED.

DATED: June 28, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.