**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
VICTORIANO GARCIA SALAS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>         Defendant.<br><br>VICTORIANO GARCIA SALAS | Case No.: 2:06-CR 00478 FCD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  July 30, 2007<br>TIME:  10:00 a.m.<br>COURT:  Hon. Frank C. Damrell, Jr. |

Defendant by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that the Court continue the status conference in the above captioned case from July 30, 2007 to September 24, 2007. [1] This continuance is requested to allow the parties additional time to meet and confer in reaching a mutually acceptable resolution in this matter.  Counsel for Defendant has been unavailable to engage in meaningful negotiations in light of a lengthy criminal jury trial Santa Clara County.

---

[1] The parties have been advised by this Court's Clerk that September 24, 2007 at 10:00 a.m. is an available date and time for a status conference on this matter.

For this reason, the parties stipulate and request that the case be continued to September 24, 2007, and that the Court exclude time within which the trial must commence under the Speedy Trial Act from July 30, 2007 through September 24, 2007, because of unavailability of counsel and to allow for defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: July 26, 2007          Respectfully submitted,

          /s/ Jason Hitt[2]
          JASON HITT
          Assistant U.S. Attorney

Dated: July 26, 2007          /s/ Johnny L. Griffin, III
          JOHNNY L. GRIFFIN, III
          Attorney for Defendant
          VICTORIANO GARCIA SALAS

**ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

---

[2] Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  July 27, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE