**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
VICTORIANO GARCIA SALAS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:06-CR 00478 FCD |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS CONFERENCE** |
| vs. | ) |
| | ) DATE:  September 24, 2007 |
| | ) TIME:  10:00 a.m. |
| Defendant. | ) COURT:  Hon. Frank C. Damrell, Jr. |
| | ) |
| VICTORIANO GARCIA SALAS | ) |
| | ) |

Defendant by and through his undersigned counsel, Johnny L. Griffin, III, and the United

States of America, through Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that

the Court continue the status conference in the above captioned case from September 24, 2007 to

November 5, 2007 at 10:00 a.m. [1] This continuance is requested because counsel for Defendant

is unavailable since he is in a criminal jury trial in the case of *People v. Antonio* Minor

Sacramento County Superior Case Number 06F02438.  the trial is expected to last approximately

until October 26, 2007.

---

[1] The parties have been advised by this Court's Clerk that November 5, 2007 at 10:00 a.m. is an available date and time for a status conference on this matter.

1    For this reason, the parties stipulate and request that the case be continued to

2  November 5, 2007, and that the Court exclude time within which the trial must commence

3  under the Speedy Trial Act from September 24, 2007 through November 5, 2007 because of

4  unavailability of counsel and to allow for defense preparation under 18 U.S. C. §

5  3161(h)(8)(B)(iv)  (Local Code T4).

6

7

8            Dated: September 21, 2007          Respectfully submitted,

9

10                                                /s/ Jason Hitt[2]
                                                 JASON HITT
11                                               Assistant U.S. Attorney

12

13           Dated: September 21, 2007          /s/ Johnny L. Griffin, III
                                                 JOHNNY L. GRIFFIN, III
14                                              Attorney for Defendant
                                                VICTORIANO GARCIA SALAS
15

16

17      **IT IS SO ORDERED.**

18  Dated:  September 21, 2007

19

20                                              _____
                                                FRANK C. DAMRELL, JR.
21                                                UNITED STATES DISTRICT JUDGE

22

23

24

25

---

[2] Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.