**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
VICTORIANO GARCIA SALAS

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>            Defendant.<br><br>VICTORIANO GARCIA SALAS | Case No.: 2:06-cr-0478 FCD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  November 5, 2007<br>TIME:  10:00 a.m.<br><br>Hon. Frank C. Damrell, Jr. |

Defendant by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney Jason Hitt, hereby stipulate and request that the Court continue the status conference in the above captioned case from November 5, 2007 to January 8, 2008 at 10:00 a.m. [1] This continuance is requested because counsel for Defendant was in a lengthy criminal in-custody four defendant homicide jury trial in the case of *People v. Antonio Minor, et al*, Sacramento County Superior Case Number 06F0243 which concluded with a jury verdict on October 29, 2007.  Further, Assistant United States

---

[1] The parties have been advised by this Court's Clerk that January 8, 2007 at 10:00 a.m. is an available date and time for a status conference on this matter.

Attorney Jason Hitt is currently in a homicide trial, which is expected to last approximately until the end of November. Therefore, based on the prior unavailability of both counsel to meet and engage in meaningful settlement negotiations, the parties stipulate and request that the case be continued to January 8, 2008.

Further the parties request that the Court continue to exclude time within which the trial must commence under the Speedy Trial Act from November 5, 2007 through January 8, 2008, because of unavailability of both counsel and to allow for defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: November 2, 2007          Respectfully submitted,

                                           /s/ Jason Hitt[2]
                                           JASON HITT
                                           Assistant United States Attorney

Dated:  November 2, 2007          /s/ Johnny L. Griffin, III
                                           JOHNNY L. GRIFFIN, III
                                           Attorney for Defendant
                                           VICTORIANO GARCIA SALAS

**IT IS SO ORDERED.**

DATED: November 2, 2007

                                           FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE

---

[2] Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.