**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
VICTORIANO GARCIA SALAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>    Defendant.<br>VICTORIANO GARCIA SALAS | Case No.: 2:06-CR 00478 FCD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  February 4, 2008<br>TIME:  10:00 a.m.<br><br>Hon. Frank C. Damrell, Jr. |

      Defendant by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that the Court continue the status conference in the above captioned case from February 4, 2008 to February 25, 2008. [1] This continuance is requested because counsel for Defendant will be unavailable inasmuch as he will not return from an out of state matter until the late afternoon of February 4, 2008.

      For this reason, the parties stipulate and request that the case be continued to February 25, 2008 and that the Court exclude time within which the trial must commence

---

[1] The parties have been advised by this Court's Clerk that February 25, 2008 at 10:00 a.m. is an available date and time for a status conference on this matter.

1

under the Speedy Trial Act from February 4, 2008 through February 25, 2008, because of unavailability of counsel and to allow for defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: January 17, 2008          Respectfully submitted,


/s/ Jason Hitt[2]
JASON HITT
Assistant U.S. Attorney


Dated:  January 16, 2008        /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
VICTORIANO GARCIA SALAS

**IT IS SO ORDERED.**

Dated: January 18, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.