**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
VICTORIANO GARCIA SALAS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-CR-00478 FCD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | DATE: February 25, 2008 |
| | TIME: 10:00 a.m. |
| Defendant. | |
| VICTORIANO GARCIA SALAS | Hon. Frank C. Damrell, Jr. |

    Defendant by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that the Court continue the status conference in the above captioned case from February 25, 2008 to March 31, 2008. [1] This continuance is requested because counsel for Defendant needs additional time to advise Defendant regarding the ramifications of his plea agreement.

    For this reason, the parties stipulate and request that the case be continued to March 31, 2008 and that the Court exclude time within which the trial must commence under the

---

[1] The parties have been advised by this Court's Clerk that March 31, 2008 at 10:00 a.m. is an available date and time for a status conference on this matter.

Speedy Trial Act from February 25, 2008 through March 31, 2008, to allow for defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: February 22, 2008        Respectfully submitted,

                                                        /s/ Jason Hitt[2]
                                                        JASON HITT
                                                        Assistant U.S. Attorney

Dated:  February 22, 2008         /s/ Johnny L. Griffin, III
                                                   JOHNNY L. GRIFFIN, III
                                                 Attorney for Defendant
                                                 VICTORIANO GARCIA SALAS

**IT IS SO ORDERED.**

Dated:  February 22, 2008

                                                FRANK C. DAMRELL, JR.
                                                UNITED STATES DISTRICT JUDGE

---

[2] Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.