**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
VICTORIANO GARCIA SALAS

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>             Defendant.<br><br>VICTORIANO GARCIA SALAS | Case No.: 2:06-CR-00478 FCD<br><br>**STIPULATION AND RDER TO CONTINUE JUDGMENT AND SENTENCING HEARING**<br><br>DATE:  June 23, 2008<br>TIME:  10:00 a.m.<br><br>Hon. Frank C. Damrell, Jr. |

Defendant by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that the Court continue the Judgment and Sentencing Hearing in the above captioned case from June 23, 2008 to July 21, 2008 at 10:00 a.m.[1] This continuance is requested because counsel for the parties need additional time to meet and confer on various issues relating to sentencing.

For this reason, the parties stipulate and request that the hearing be continued to July 21, 2008 at 10:00 a.m.

---

[1] The parties have been advised by this Court's Clerk that July 21, 2008 at 10:00 a.m. is an available date and time for the Judgment and Sentencing in this matter.

1  Dated: June 17, 2008        Respectfully submitted,

2

3                                /s/ Jason Hitt[2]
                                 JASON HITT
4                                Assistant U.S. Attorney

5

6  Dated: June 17, 2008         /s/ Johnny L. Griffin, III
                                  JOHNNY L. GRIFFIN, III
7                                 Attorney for Defendant
                                  VICTORIANO GARCIA SALAS
8
   **IT IS SO ORDERED.**
9

10 Dated: June 17, 2008

11                              _____
                                FRANK C. DAMRELL, JR.
12                              UNITED STATES DISTRICT JUDGE

---

[2] Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.